# **<u>EXHIBIT 2</u>**

**GoDaddy**®                                        

**Promos**

## Search the WHOIS Database

Enter a domain name to search                                    Search

**Private Registration**      **Local listings**

# WHOIS search results

Domain Name: ONLINETOYOTAPARTS.COM
Registry Domain ID: 1663448696_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-06-29T00:13:05Z
Creation Date: 2011-06-23T23:51:52Z
Registrar Registration Expiration Date: 2019-06-23T23:51:52Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Part Sites, LLC.
Registrant Organization: Part Sites, LLC.
Registrant Street: 175 SW 7th St Unit 1911
Registrant City: Miami
Registrant State/Province: Florida

Registrant Postal Code: 33130

Registrant Country: US

Registrant Phone: +1.8009153353

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email: domain@partsites.com

Registry Admin ID: Not Available From Registry

Admin Name: Part Sites, LLC.

Admin Organization: Part Sites, LLC.

Admin Street: 175 SW 7th St Unit 1911

Admin City: Miami

Admin State/Province: Florida

Admin Postal Code: 33130

Admin Country: US

Admin Phone: +1.8009153353

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email: domain@partsites.com

Registry Tech ID: Not Available From Registry

Tech Name: Part Sites, LLC.

Tech Organization: Part Sites, LLC.

Tech Street: 175 SW 7th St Unit 1911

Tech City: Miami

Tech State/Province: Florida

Tech Postal Code: 33130

Tech Country: US

Tech Phone: +1.8009153353

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: domain@partsites.com

Name Server: NS45.DOMAINCONTROL.COM

Name Server: NS46.DOMAINCONTROL.COM

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2018-12-26T23:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data  |  Contact Domain Holder  |  Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

WHOIS search results

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

Support

Product Support

Community

Report Abuse

Resources

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

🌐 United  States   -   English  ⊿JSD ⌊⌋

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.



  

**Promos**

## Search the WHOIS Database

Enter a domain name to search                                        Search

**Private Registration**      **Local listings**

# WHOIS search results

Domain Name: GENUINEOEMTOYOTAPARTS.COM
Registry Domain ID: 1879771568_DOMAIN_COM–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018–10–16T15:10:50Z
Creation Date: 2014–10–10T17:15:43Z
Registrar Registration Expiration Date: 2019–10–10T17:15:43Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Scott Anderson
Registrant Organization: PartSites, llc
Registrant Street: 175 SW 7th St
Registrant Street: Unit 1911
Registrant City: Miami

Registrant State/Province: Florida
Registrant Postal Code: 33130
Registrant Country: US
Registrant Phone: +1.8009153353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domain@partsites.com
Registry Admin ID: Not Available From Registry
Admin Name: Scott Anderson
Admin Organization: PartSites, llc
Admin Street: 175 SW 7th St
Admin Street: Unit 1911
Admin City: Miami
Admin State/Province: Florida
Admin Postal Code: 33130
Admin Country: US
Admin Phone: +1.8009153353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domain@partsites.com
Registry Tech ID: Not Available From Registry
Tech Name: Scott Anderson
Tech Organization: PartSites, llc
Tech Street: 175 SW 7th St
Tech Street: Unit 1911
Tech City: Miami
Tech State/Province: Florida
Tech Postal Code: 33130
Tech Country: US
Tech Phone: +1.8009153353
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domain@partsites.com
Name Server: NS01.DOMAINCONTROL.COM
Name Server: NS02.DOMAINCONTROL.COM
DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-12-27T01:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy
About Us
Contact Us
Newsroom
Investor Relations
Careers
Corporate Responsibility
GoDaddy Store
Legal
GoDaddy Blog
Support
Product Support
Community
Report Abuse
Resources
Webmail
WHOIS
ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

🌐 United  States   -   English   USD

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.

12/26/2018                                    WHOIS search results

# GoDaddy®

  

**Promos** 

## Search the WHOIS Database

Enter a domain name to search                                    Search

**Private Registration**    **Local listings**

# WHOIS search results

Domain Name: TOYOTAPARTSESTORE.COM
Registry Domain ID: 1828589941_DOMAIN_COM–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018–09–16T14:06:43Z
Creation Date: 2013–09–23T16:25:50Z
Registrar Registration Expiration Date: 2020–09–12T11:59:59Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale

Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: TOYOTAPARTSESTORE.COM@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: TOYOTAPARTSESTORE.COM@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: TOYOTAPARTSESTORE.COM@domainsbyproxy.com
Name Server: NS75.DOMAINCONTROL.COM
Name Server: NS76.DOMAINCONTROL.COM
DNSSEC: unsigned

WHOIS search results

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018–12–27T01:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp–status–codes–2014–06–16–en

Notes:

IMPORTANT: Port43 will provide the ICANN–required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

**Go**

## Is this your domain?

Add hosting, email and more.

**Go**

About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

Support

Product Support

Community

Report Abuse

Resources

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

🌐 United  States  -  English  USD

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.

**GoDaddy**    

**Promos** 

## Search the WHOIS Database

| Enter a domain name to search | Search |

**Private Registration**    **Local listings**

# WHOIS search results

Domain Name: 1STTOYOTAPARTS.COM
Registry Domain ID: 76298477_DOMAIN_COM–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018–08–23T16:49:03Z
Creation Date: 2001–08–22T18:18:26Z
Registrar Registration Expiration Date: 2019–08–22T18:18:26Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale

Registrant State/Province: Arizona

Registrant Postal Code: 85260

Registrant Country: US

Registrant Phone: +1.4806242599

Registrant Phone Ext:

Registrant Fax: +1.4806242598

Registrant Fax Ext:

Registrant Email: 1STTOYOTAPARTS.COM@domainsbyproxy.com

Registry Admin ID: Not Available From Registry

Admin Name: Registration Private

Admin Organization: Domains By Proxy, LLC

Admin Street: DomainsByProxy.com

Admin Street: 14455 N. Hayden Road

Admin City: Scottsdale

Admin State/Province: Arizona

Admin Postal Code: 85260

Admin Country: US

Admin Phone: +1.4806242599

Admin Phone Ext:

Admin Fax: +1.4806242598

Admin Fax Ext:

Admin Email: 1STTOYOTAPARTS.COM@domainsbyproxy.com

Registry Tech ID: Not Available From Registry

Tech Name: Registration Private

Tech Organization: Domains By Proxy, LLC

Tech Street: DomainsByProxy.com

Tech Street: 14455 N. Hayden Road

Tech City: Scottsdale

Tech State/Province: Arizona

Tech Postal Code: 85260

Tech Country: US

Tech Phone: +1.4806242599

Tech Phone Ext:

Tech Fax: +1.4806242598

Tech Fax Ext:

Tech Email: 1STTOYOTAPARTS.COM@domainsbyproxy.com

Name Server: NS1.T-9.NET

Name Server: NS2.T-9.NET

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-12-27T01:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

Support

Product Support

Community

Report Abuse

Resources

Webmail

WHOIS

ICANN Confirmation

12/26/2018                                WHOIS search results

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

🌐 United States  -  English  USD

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.

# GoDaddy®

  

**Promos** 

## Search the WHOIS Database

Enter a domain name to search                                   Search

**Private Registration**    **Local listings**

# WHOIS search results

No match for "TOYOTA.PARTSWEBSITE.COM".
>>> Last update of whois database: 2018–12–27T01:41:50Z <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high–volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e–mail, telephone,

or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high–volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

**Support**

Product Support

Community

Report Abuse

**Resources**

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

**WHOIS search results**

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

⊕ United   States   -   English  $USD

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.

**GoDaddy**   

**Promos** 

## Search the WHOIS Database

| Enter a domain name to search |  | Search |

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: PARTSWEBSITE.COM
Registry Domain ID: 82661426_DOMAIN_COM–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017–01–18T12:18:21Z
Creation Date: 2002–01–17T16:53:52Z
Registrar Registration Expiration Date: 2019–01–17T16:53:52Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Part Sites, LLC.
Registrant Organization: Part Sites, LLC.
Registrant Street: 175 SW 7th St Unit 1911
Registrant City: Miami
Registrant State/Province: Florida

Registrant Postal Code: 33130
Registrant Country: US
Registrant Phone: +1.8009153353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domain@partsites.com
Registry Admin ID: Not Available From Registry
Admin Name: Part Sites, LLC.
Admin Organization: Part Sites, LLC.
Admin Street: 175 SW 7th St Unit 1911
Admin City: Miami
Admin State/Province: Florida
Admin Postal Code: 33130
Admin Country: US
Admin Phone: +1.8009153353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domain@partsites.com
Registry Tech ID: Not Available From Registry
Tech Name: Part Sites, LLC.
Tech Organization: Part Sites, LLC.
Tech Street: 175 SW 7th St Unit 1911
Tech City: Miami
Tech State/Province: Florida
Tech Postal Code: 33130
Tech Country: US
Tech Phone: +1.8009153353
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domain@partsites.com
Name Server: NS1.PARTSWEBSITE.COM
Name Server: NS2.PARTSWEBSITE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-12-27T01:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp–status–codes–2014–06–16–en

Notes:

IMPORTANT: Port43 will provide the ICANN–required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

Support

Product Support

Community

Report Abuse

Resources

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

⊕ United   States   -   English ⨼USD ⌷

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.

   

**Promos** 

## Search the WHOIS Database

| Enter a domain name to search | Search |
| --- | --- |

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: TOYOTA-PARTS-DEALER.COM
Registry Domain ID: 92913055_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017-12-08T17:22:35Z
Creation Date: 2002-12-07T15:47:34Z
Registrar Registration Expiration Date: 2018-12-07T15:47:34Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registrant Organization: Part Sites, LLC.
Registrant State/Province: AZ
Registrant Country: United States
Registrant Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=TOYOTA-PARTS-DEALER.COM
Admin Email: Select Contact Domain Holder link at

https://www.godaddy.com/whois/results.aspx?domain=TOYOTA-PARTS-DEALER.COM

Tech Email: Select Contact Domain Holder link at

https://www.godaddy.com/whois/results.aspx?domain=TOYOTA-PARTS-DEALER.COM

Name Server: NS19.DOMAINCONTROL.COM

Name Server: NS20.DOMAINCONTROL.COM

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2018-12-27T01:00:00Z <<<


For more information on Whois status codes, please visit

https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en


Notes:


IMPORTANT: Port43 will provide the ICANN-required minimum data set per

ICANN Temporary Specification, adopted 17 May 2018.

Visit https://whois.godaddy.com to look up contact data for domains

not covered by GDPR policy.


The data contained in GoDaddy.com, LLC's WhoIs database,

while believed by the company to be reliable, is provided "as is"

with no guarantee or warranties regarding its accuracy. This

information is provided for the sole purpose of assisting you

in obtaining information about domain name registration records.

Any use of this data for any other purpose is expressly forbidden without the prior written

permission of GoDaddy.com, LLC. By submitting an inquiry,

you agree to these terms of usage and limitations of warranty. In particular,

you agree not to use this data to allow, enable, or otherwise make possible,

dissemination or collection of this data, in part or in its entirety, for any

purpose, such as the transmission of unsolicited advertising and

and solicitations of any kind, including spam. You further agree

not to use this data to enable high volume, automated or robotic electronic

processes designed to collect or compile this data for any purpose,

including mining this data for your own personal or commercial purposes.


Please note: the registrant of the domain name is specified

in the "registrant" section. In most cases, GoDaddy.com, LLC

is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy
About Us
Contact Us
Newsroom
Investor Relations
Careers
Corporate Responsibility
GoDaddy Store
Legal
GoDaddy Blog
Support
Product Support
Community

WHOIS search results

Report Abuse

**Resources**

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

⊕ United   States   –   English   🜨USD ☐

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.



  

**Promos** 

## Search the WHOIS Database

| Enter a domain name to search | Search |

**Private Registration**    **Local listings**

# WHOIS search results

Domain Name: TOYOTAPARTSDEALER.COM
Registry Domain ID: 92913056_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017-12-08T17:22:34Z
Creation Date: 2002-12-07T15:47:36Z
Registrar Registration Expiration Date: 2018-12-07T15:47:35Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registrant Organization: Part Sites, LLC.
Registrant State/Province: AZ
Registrant Country: United States
Registrant Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=TOYOTAPARTSDEALER.COM
Admin Email: Select Contact Domain Holder link at

https://www.godaddy.com/whois/results.aspx?domain=TOYOTAPARTSDEALER.COM
Tech Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=TOYOTAPARTSDEALER.COM
Name Server: NS57.DOMAINCONTROL.COM
Name Server: NS58.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-12-27T02:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

Support

Product Support

Community

WHOIS search results

Report Abuse

**Resources**

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

🌐 United  States  -  English  USD

Legal | Privacy Policy | Advertising Preferences | Cookies

WHOIS search results

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.

**GoDaddy®**     

**Promos** 

## Search the WHOIS Database

Enter a domain name to search                                    Search

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: toyotaparts4cheap.com
Registry Domain ID: 2012456958_DOMAIN_COM–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018–03–16T15:38:08Z
Creation Date: 2016–03–15T17:55:54Z
Registrar Registration Expiration Date: 2019–03–15T17:55:54Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Scott Anderson
Registrant Organization: PartSites, llc
Registrant Street: 175 SW 7th St
Registrant Street: Unit 1911
Registrant City: Miami

WHOIS search results

Registrant State/Province: Florida
Registrant Postal Code: 33130
Registrant Country: US
Registrant Phone: +1.8009153353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domain@partsites.com
Registry Admin ID: Not Available From Registry
Admin Name: Scott Anderson
Admin Organization: PartSites, llc
Admin Street: 175 SW 7th St
Admin Street: Unit 1911
Admin City: Miami
Admin State/Province: Florida
Admin Postal Code: 33130
Admin Country: US
Admin Phone: +1.8009153353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domain@partsites.com
Registry Tech ID: Not Available From Registry
Tech Name: Scott Anderson
Tech Organization: PartSites, llc
Tech Street: 175 SW 7th St
Tech Street: Unit 1911
Tech City: Miami
Tech State/Province: Florida
Tech Postal Code: 33130
Tech Country: US
Tech Phone: +1.8009153353
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domain@partsites.com
Name Server: NS07.DOMAINCONTROL.COM
Name Server: NS08.DOMAINCONTROL.COM
DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-12-27T01:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data  |  Contact Domain Holder  |  Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

Support

Product Support

Community

Report Abuse

Resources

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

⊕ United   States   -   English   $USD

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.

**GoDaddy**   

**Promos** 

## Search the WHOIS Database

Enter a domain name to search                                   Search

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: TOYOTAPARTSWEBSITE.COM
Registry Domain ID: 752509384_DOMAIN_COM–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018–01–13T20:02:16Z
Creation Date: 2007–01–12T22:47:32Z
Registrar Registration Expiration Date: 2019–01–12T22:47:32Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Part Sites, LLC.
Registrant Organization: Part Sites, LLC.
Registrant Street: 175 SW 7th St Unit 1911
Registrant City: Miami
Registrant State/Province: Florida

Registrant Postal Code: 33130
Registrant Country: US
Registrant Phone: +1.8009153353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domain@partsites.com
Registry Admin ID: Not Available From Registry
Admin Name: Part Sites, LLC.
Admin Organization: Part Sites, LLC.
Admin Street: 175 SW 7th St Unit 1911
Admin City: Miami
Admin State/Province: Florida
Admin Postal Code: 33130
Admin Country: US
Admin Phone: +1.8009153353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domain@partsites.com
Registry Tech ID: Not Available From Registry
Tech Name: Part Sites, LLC.
Tech Organization: Part Sites, LLC.
Tech Street: 175 SW 7th St Unit 1911
Tech City: Miami
Tech State/Province: Florida
Tech Postal Code: 33130
Tech Country: US
Tech Phone: +1.8009153353
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domain@partsites.com
Name Server: NS71.DOMAINCONTROL.COM
Name Server: NS72.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-12-27T01:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp–status–codes–2014–06–16–en

Notes:

IMPORTANT: Port43 will provide the ICANN–required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

Support

Product Support

Community

Report Abuse

Resources

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

🌐 United   States   –   English ⌄USD []

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.



  

**Promos** 

## Search the WHOIS Database

Enter a domain name to search                                      Search

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: toyotapartswholesale.net
Registry Domain ID: 2332802593_DOMAIN_NET–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018–11–14T20:34:10Z
Creation Date: 2018–11–14T20:34:09Z
Registrar Registration Expiration Date: 2019–11–14T20:34:09Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale

WHOIS search results

Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: toyotapartswholesale.net@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: toyotapartswholesale.net@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: toyotapartswholesale.net@domainsbyproxy.com
Name Server: NS1.TACOMADC.COM
Name Server: NS2.TACOMADC.COM
DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018–12–27T01:00:00Z <<<


For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp–status–codes–2014–06–16–en

Notes:

IMPORTANT: Port43 will provide the ICANN–required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.


The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.


Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.


See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

Support

Product Support

Community

Report Abuse

Resources

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

🌐 United   States   -   English  USD

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.





**Promos**

## Search the WHOIS Database

Enter a domain name to search                                            Search

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: TOYOTAANDLEXUSPARTS.COM
Registry Domain ID: 108571659_DOMAIN_COM–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017–12–19T18:09:56Z
Creation Date: 2003–12–18T23:55:48Z
Registrar Registration Expiration Date: 2018–12–18T23:55:48Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Part Sites, LLC.
Registrant Organization: Part Sites, LLC.
Registrant Street: 175 SW 7th St Unit 1911
Registrant City: Miami
Registrant State/Province: Florida

Registrant Postal Code: 33130
Registrant Country: US
Registrant Phone: +1.8009153353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domain@partsites.com
Registry Admin ID: Not Available From Registry
Admin Name: Part Sites, LLC.
Admin Organization: Part Sites, LLC.
Admin Street: 175 SW 7th St Unit 1911
Admin City: Miami
Admin State/Province: Florida
Admin Postal Code: 33130
Admin Country: US
Admin Phone: +1.8009153353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domain@partsites.com
Registry Tech ID: Not Available From Registry
Tech Name: Part Sites, LLC.
Tech Organization: Part Sites, LLC.
Tech Street: 175 SW 7th St Unit 1911
Tech City: Miami
Tech State/Province: Florida
Tech Postal Code: 33130
Tech Country: US
Tech Phone: +1.8009153353
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domain@partsites.com
Name Server: NS45.DOMAINCONTROL.COM
Name Server: NS46.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-12-27T01:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data    |    Contact Domain Holder    |    Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

Support

Product Support

Community

Report Abuse

Resources

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

🌐 United   States   -   English ⅃USD ↕

.

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.

                                                          

**Promos** 

## Search the WHOIS Database

| Enter a domain name to search | Search |

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: TOYOTAPARTSANYTIME.COM
Registry Domain ID: 1773474234_DOMAIN_COM–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018–01–15T12:42:55Z
Creation Date: 2013–01–14T21:56:10Z
Registrar Registration Expiration Date: 2019–01–14T21:56:10Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Part Sites, LLC.
Registrant Organization: Part Sites, LLC.
Registrant Street: 175 SW 7th St Unit 1911
Registrant City: Miami
Registrant State/Province: Florida

Registrant Postal Code: 33130

Registrant Country: US

Registrant Phone: +1.8009153353

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email: domain@partsites.com

Registry Admin ID: Not Available From Registry

Admin Name: Part Sites, LLC.

Admin Organization: Part Sites, LLC.

Admin Street: 175 SW 7th St Unit 1911

Admin City: Miami

Admin State/Province: Florida

Admin Postal Code: 33130

Admin Country: US

Admin Phone: +1.8009153353

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email: domain@partsites.com

Registry Tech ID: Not Available From Registry

Tech Name: Part Sites, LLC.

Tech Organization: Part Sites, LLC.

Tech Street: 175 SW 7th St Unit 1911

Tech City: Miami

Tech State/Province: Florida

Tech Postal Code: 33130

Tech Country: US

Tech Phone: +1.8009153353

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: domain@partsites.com

Name Server: NS31.DOMAINCONTROL.COM

Name Server: NS32.DOMAINCONTROL.COM

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2018-12-27T02:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

Support

Product Support

Community

Report Abuse

Resources

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

🌐 United   States   -   English   USD

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.



  

**Promos** 

## Search the WHOIS Database

| Enter a domain name to search | Search |

**Private Registration**    **Local listings**

# WHOIS search results

Domain Name: PREMIERTOYOTAPARTS.COM
Registry Domain ID: 1663448707_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-06-29T00:13:05Z
Creation Date: 2011-06-23T23:51:53Z
Registrar Registration Expiration Date: 2019-06-23T23:51:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Part Sites, LLC.
Registrant Organization: Part Sites, LLC.
Registrant Street: 175 SW 7th St Unit 1911
Registrant City: Miami
Registrant State/Province: Florida

WHOIS search results

Registrant Postal Code: 33130
Registrant Country: US
Registrant Phone: +1.8009153353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domain@partsites.com
Registry Admin ID: Not Available From Registry
Admin Name: Part Sites, LLC.
Admin Organization: Part Sites, LLC.
Admin Street: 175 SW 7th St Unit 1911
Admin City: Miami
Admin State/Province: Florida
Admin Postal Code: 33130
Admin Country: US
Admin Phone: +1.8009153353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domain@partsites.com
Registry Tech ID: Not Available From Registry
Tech Name: Part Sites, LLC.
Tech Organization: Part Sites, LLC.
Tech Street: 175 SW 7th St Unit 1911
Tech City: Miami
Tech State/Province: Florida
Tech Postal Code: 33130
Tech Country: US
Tech Phone: +1.8009153353
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domain@partsites.com
Name Server: NS77.DOMAINCONTROL.COM
Name Server: NS78.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-12-27T02:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois


## Want to buy this domain?

Get it with our Domain Buy Service.

**Go**

## Is this your domain?

Add hosting, email and more.

**Go**

About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

Support

Product Support

Community

Report Abuse

Resources

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

🌐 United  States   -   English  ⌄USD

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.



  

Promos 

## Search the WHOIS Database

Enter a domain name to search                                            Search

**Private Registration**    **Local listings**

# WHOIS search results

Domain Name: toyotaparts-store.com
Registry Domain ID: 2015640764_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-03-26T15:13:20Z
Creation Date: 2016-03-25T16:38:41Z
Registrar Registration Expiration Date: 2019-03-25T16:38:41Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Scott Anderson
Registrant Organization: PartSites, llc
Registrant Street: 175 SW 7th St
Registrant Street: Unit 1911
Registrant City: Miami

Registrant State/Province: Florida
Registrant Postal Code: 33130
Registrant Country: US
Registrant Phone: +1.8009153353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domain@partsites.com
Registry Admin ID: Not Available From Registry
Admin Name: Scott Anderson
Admin Organization: PartSites, llc
Admin Street: 175 SW 7th St
Admin Street: Unit 1911
Admin City: Miami
Admin State/Province: Florida
Admin Postal Code: 33130
Admin Country: US
Admin Phone: +1.8009153353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domain@partsites.com
Registry Tech ID: Not Available From Registry
Tech Name: Scott Anderson
Tech Organization: PartSites, llc
Tech Street: 175 SW 7th St
Tech Street: Unit 1911
Tech City: Miami
Tech State/Province: Florida
Tech Postal Code: 33130
Tech Country: US
Tech Phone: +1.8009153353
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domain@partsites.com
Name Server: NS03.DOMAINCONTROL.COM
Name Server: NS04.DOMAINCONTROL.COM
DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-12-27T02:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy
About Us
Contact Us
Newsroom
Investor Relations
Careers
Corporate Responsibility
GoDaddy Store
Legal
GoDaddy Blog
Support
Product Support
Community
Report Abuse
Resources
Webmail
WHOIS
ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

---

⊕ United  States  -  English  ⨦JSD ⎕

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.