# **EXHIBIT 3**







# Genuine OEM Toyota Parts

Welcome to Genuine OEM Toyota Parts! We have in stock millions of factory replacement Toyota parts and accessories ready to ship at a moments notice. We are an Authorized Toyota Parts distributor and will never sell you an inferior aftermarket replacement part, all of our parts are the same OEM replacement parts that are sold at your local dealership. We have been approved to move our inventory at near cost prices to the immediate public. So, order your replacement part today before it is too late. Can't find what you are looking for? No Worries! We can help find any replacement Toyota part or accessories for any model vehicle regardless of the year it was produced. Toyota is one of the most popular branded vehicles in the world and we understand how competitive Toyota Part websites can be. That is why we have priced our priced so low and ensure we make you a loyal customer of Genuine OEM Toyota Parts for life!

You will never step foot inside a dealership again after you purchase from us! Order your Genuine Toyota Parts today!

## Shop By Brand

| Scion Parts | Toyota Parts |

## Popular Models



**Scion iQ**          **Scion xB**          **Toyota RAV4**          **Toyota Camry**









- Contact
- Store Policies
- Login



Genuine OEM Toyota Parts
Save up to 30% on Toyota Parts & Accessories

- ⊘
  Viewed0
    - You Haven't Viewed Any Items

- 🚗
  Garage
    - 

- 🛒
  Cart0

x

- 🏠 Home
- 🔍 Search For Accessories
- ⚙ Search For Parts
- 🔑 Login / Register
- ⊘ Viewed Items (0)
- 🛒 View My Cart
- ⚠ Policies
- ✉ Contact Us

- Make ⌄
- Year ⌄
- Model ⌄

Enter Keyword, VIN or Pi

- Home
- Accessories
- Parts

1.
2.
3.



- [Select Vehicle](#)
- [Search Part Number or VIN](#)
- [Enter a QUOTE Number](#)

Select Make ⌄
Select Model ⌄
Select Year ⌄

[ Go ]

OR

[ Shop by Brand ] [ By Model ]
[ Search Keyword or Part ] [⬜]

OR

[ Shop by Brand ] [ By Model ]
[ Quote No. Search ] [⬜]

OR

[ Shop by Brand ] [ By Model ]

# Genuine OEM Toyota Parts

Welcome to Genuine OEM Toyota Parts! We have in stock millions of factory replacement Toyota parts and accessories ready to ship at a moments notice. We are an Authorized Toyota Parts distributor and will never sell you an inferior aftermarket replacement part, all of our parts are the same OEM replacement parts that are sold at your local dealership. We have been approved to move our inventory at near cost prices to the immediate public. So, order your replacement part today before it is too late. Can't find what you are looking for? No Worries! We can help find any replacement Toyota part or accessories for any model vehicle regardless of the year it was produced. Toyota is one of the most popular branded vehicles in the world and we understand how competitive Toyota Part websites can be. That is why we have priced our priced so low and ensure we make you a loyal customer of Genuine OEM Toyota Parts for life!

You will never step foot inside a dealership again after you purchase from us! Order your Genuine Toyota Parts today!

# Shop By Category



A/C and Heating Parts
Air Conditioning, Climate Contr



Body, Glass And Molding P...
Fender, Bumpers, Emblems



Emission Control Parts
Oxygen Sensors, EGR



Exhaust Parts
Catalytics, Mufflers, Brackets



Maintenance And Lubricati...
Brake Fluids, Motor Oil



Steering Wheel And Column...
Housing, Steering Wheel, Switches



Alternator Parts And Comp...
Spark Plugs, Coils, Distributors



Brake Parts And Component...
Rotors, Drums, Calipers, Hoses



Engine Cooling Parts
Radiators, Fans, Therm



Fuel And Air Intake Parts
Air Filters, MAF Sensors



Power Steering Parts And ...
Racks, Pumps, Tie Rods



Suspension Parts

Control Arms, Ball Joints



Axles And Driveline Parts

Transfer Cases, Bearings, Hubs, shafts



Electrical Parts And Comp...

Ignition, Locks, Navigation



Engine Parts

Gaskets, Pistons, Block



Headlamps And Lights Part...

Bulbs, Fog, Tail lamps, Signal



Starter And Components

Starter, Solenoid



Transmission Parts

Driveshafts, Clutch kits

- [Scion](#)
- [Toyota](#)

- [Scion Featured accessories](#)
  ◦ ✛ Popular Categories
  ◦ ✚ Audio/Video
  ◦ ✚ Exterior
  ◦ ✚ Security
  ◦ ✚ Interior
  ◦ ✚ Wheels
  ◦ ✚ TRD
  ◦ ✚ Other Categories

**Carpet Trunk Mat Black**

2016 Scion FR-S                                    LIST PRICE: $59.69
DETAILS

**Center Armrest**

2016 Scion FR-S                                    LIST PRICE: $168.00
DETAILS

**Cargo Tray**

2016 Scion iM                                      LIST PRICE: $64.80
DETAILS

**Interior Light Kit**

2016 Scion iM                                      LIST PRICE: $110.40
DETAILS

**Mudguard Hardware Front And Rear**

2016 Scion iM                                        LIST PRICE: $63.60

DETAILS

--

**Alloy Wheel Graphite Gray**

2014 Scion iQ                                        LIST PRICE: $148.80

DETAILS

- Toyota Featured accessories
  - ⬥ Popular Categories
  - ➕ Audio/Video
  - ➕ Exterior
  - ➕ Security
  - ➕ Interior
  - ➕ Hauling
  - ➕ Wheels
  - ➕ TRD
  - ➕ Other Categories

--

**Towing Hitch**

2007 Toyota Highlander                               LIST PRICE: $258.00

DETAILS

--

**Mudguards Prius V**

2015 Toyota Prius                                    LIST PRICE: $78.00
DETAILS
—

**All Weather Floor Liners**

2017 Toyota Prius V                                  LIST PRICE: $102.00
DETAILS

**Trd Oil Filter**

2017 Toyota RAV4                                     LIST PRICE: $14.30
DETAILS

**All Weather Cargo Mat Black, 2 Pc.**

2014 Toyota Sequoia                                  LIST PRICE: $76.80
DETAILS

**Wireless Headphones**

2012 Toyota Sequoia                                  LIST PRICE: $0.88
DETAILS

## Shop By Brand

- Scion Parts
- Toyota Parts

## Popular Models



- Scion iQ



- Scion xB



- Toyota RAV4



- Toyota Camry

- 
  [Toyota Highlander](#)
- 
  [Toyota 86](#)
- 
  [Toyota Tacoma](#)
- 
  [Scion tC](#)

- 
[Toyota 4Runner](#)

- 
[Toyota Corolla](#)

- 
[Scion FR-S](#)

- **Hours of Operation**

  - M-F: 8:00am - 5:00pm EST
  - SA: 8:00am - 5:00pm EST
  - SU: ======= CLOSED =======

- **Customer Service**

  - [My Account](#)
  - [Contact Support](#)
  - [Store Policies](#)

- **Information**

  - [Order History](#)
  - [Returns](#)

- **Contact Us**

  Headquartered in Miami, Brickell Business District,
  FL 33130, United States

  [sales@genuineoemtoyotaparts.com](mailto:sales@genuineoemtoyotaparts.com)

Powered by [logo] © 2018-2019



Modal content

[✖]

**Select Your Vehicle**

Or   • VIN   [Enter VIN No.]



[Close]

[✖]

**Select Your Vehicle**



[Close]

[✖]

**Select Your Vehicle**



[Close]

[✖]

Loading...





# Highly Dependable OEM Toyota Parts

Thank you for choosing **OnlineToyotaParts.**  We offer genuine Toyota parts at huge discount prices. We are committed to providing superior customer service and supply Toyota replacement parts direct from the factory at the lowest possible discount prices. As you browse the Toyota catalogs we are sure that you will agree we are your one-stop destination for Toyota OEM (Original Equipment Manufacturer) parts and OEM accessories at discount prices. We supply the highest quality replacement parts, TRD performance, and genuine accessories for the 4Runner, Avalon, Camry, Celica, Corolla, Echo, FJ Cruiser, Highlander, Land Cruiser, Matrix, Paseo, Prius, Rav4 Sequoia, Sienna, Solara, Tacoma, Tundra, Yaris, and all factory Toyota models.

The online catalog offers over 600,000 discount Toyota OEM parts and accessories with diagrams, to get your repairs and upgrades done perfectly. The ordering system is 100% safe and secured using EV certification and daily McAfee scans, so you can always make a worry-free purchase online. Search the online catalog using the vehicle year, make, model, or keyword and part number to find the Toyota OEM parts that you need. The product diagrams and informative descriptions will guide you to make the right purchase and never having to worry about returns. The Toyota online parts catalog is always open, easy to use, and orders are shipped directly to your front door. If you are not sure of ordering the correct replacement parts, the state of the art VIN verification will take out the guesswork. We can make sure the item you are ordering will fit by simply providing us with the VIN during the checkout process. We want to supply the correct genuine Toyota parts along with the great discount prices on the first attempt! We will contact you if there are any corrections or issues concerning the order.

* *Please Note: The VIN can be found on your insurance card, vehicle registration, top of dash or driver door jamb.

# Shop By Brand

| Scion Parts | Toyota Parts |
| --- | --- |



## Shop By Brand

| Scion Parts | Toyota Parts |

## Popular Models

Toyota 4Runner    Scion FR-S    Scion tC    Toyota RAV4

Toyota Tacoma    Toyota Camry    Toyota Corolla    Toyota Highlander



**Toyota 86**  **Toyota Tundra**  **Toyota Prius**  **Scion iM**

## Shop By Category

**A/C and Heating Parts**
Air Conditioning, Climate Contr

**Alternator Parts And Comp...**
Spark Plugs, Coils, Distributors

**Axles And Driveline Parts**
Transfer Cases, Bearings, Hubs, shafts

**Body, Glass And Molding P...**
Fender, Bumpers, Emblems

**Brake Parts And Component...**
Rotors, Drums, Calipers, Hoses

**Electrical Parts And Comp...**
Ignition, Locks, Navigation

**Emission Control Parts**
Oxygen Sensors, EGR

**Engine Cooling Parts**
Radiators, Fans, Therm

**Engine Parts**
Gaskets, Pistons, Block

**Exhaust Parts**
Catalytics, Mufflers, Brackets

**Fuel And Air Intake Parts**
Air Filters, MAF Sensors

**Headlamps And Lights Part...**
Bulbs, Fog, Tail lamps, Signal

**Maintenance And Lubricati...**
Brake Fluids, Motor Oil

**Power Steering Parts And ...**
Racks, Pumps, Tie Rods

**Starter And Components**
Starter, Solenoid

**Steering Wheel And Column...**
Housing, Steering Wheel, Switches

**Suspension Parts**
Control Arms, Ball Joints

**Transmission Parts**
Driveshafts, Clutch kits





- Contact
- Store Policies
- Login

☰

OnlineToyotaParts.com
Your go-to source for Toyota Parts at discount prices

- 📞
  Click to Call
- ⊘
  Viewed0
  - You Haven't Viewed Any Items
- 🚗
  Garage
- 🛒
  Cart0

x

- 🏠 Home
- 📞(888) 770-7160
- 🔍 Search For Accessories
- ⚙ Search For Parts
- ➜] Login / Register
- ⊘ Viewed Items (0)
- 🛒 View My Cart
- 🔺 Policies
- ✉ Contact Us

▭

- Make ⌄
- Year ⌄
- Model ⌄

[Enter Keyword, VIN or P] ▭

- Home
- Accessories
- Parts
1.
2.
3.



- Select Vehicle
- Search Part Number or VIN
- Enter a QUOTE Number

Select Make ⌄
Select Model ⌄
Select Year ⌄
Go
OR
Shop by Brand   By Model
[Search Keyword or Part] ▭

OR

[ Shop by Brand ] [ By Model ]

[ Quote No. Search ]

OR

[ Shop by Brand ] [ By Model ]



## Highly Dependable OEM Toyota Parts

Thank you for choosing **OnlineToyotaParts.** We offer genuine Toyota parts at huge discount prices. We are committed to providing superior customer service and supply Toyota replacement parts direct from the factory at the lowest possible discount prices. As you browse the Toyota catalogs we are sure that you will agree we are your one-stop destination for Toyota OEM (Original Equipment Manufacturer) parts and OEM accessories at discount prices. We supply the highest quality replacement parts, TRD performance, and genuine accessories for the 4Runner, Avalon, Camry, Celica, Corolla, Echo, FJ Cruiser, Highlander, Land Cruiser, Matrix, Paseo, Prius, Rav4 Sequoia, Sienna, Solara, Tacoma, Tundra, Yaris, and all factory Toyota models.

The online catalog offers over 600,000 discount Toyota OEM parts and accessories with diagrams, to get your repairs and upgrades done perfectly. The ordering system is 100% safe and secured using EV certification and daily McAfee scans, so you can always make a worry-free purchase online. Search the online catalog using the vehicle year, make, model, or keyword or part number to find the Toyota OEM parts that you need. The product diagrams and informative descriptions will guide you to make the right purchase and never having to worry about returns. The Toyota online parts catalog is always open, easy to use, and orders are shipped directly to your front door. If you are not sure of ordering the correct replacement parts, the state of the art VIN verification will take out the guesswork. We can make sure the item you are ordering will fit by simply providing us with the VIN during the checkout process. We want to supply the correct genuine Toyota parts along with the great discount prices on the first attempt! We will contact you if there are any corrections or issues concerning the order.

* *Please Note: The VIN can be found on your insurance card, vehicle registration, top of dash or driver door jamb.

## Shop By Category



A/C and Heating Parts
Air Conditioning, Climate Contr



Body, Glass And Molding P...
Fender, Bumpers, Emblems



Emission Control Parts
Oxygen Sensors, EGR



Exhaust Parts
Catalytics, Mufflers, Brackets



Maintenance And Lubricati...
Brake Fluids, Motor Oil



Steering Wheel And Column...
Housing, Steering Wheel, Switches



Alternator Parts And Comp...
Spark Plugs, Coils, Distributors



Brake Parts And Component...
Rotors, Drums, Calipers, Hoses



Engine Cooling Parts
Radiators, Fans, Therm



Fuel And Air Intake Parts
Air Filters, MAF Sensors



Power Steering Parts And ...
Racks, Pumps, Tie Rods



Suspension Parts
Control Arms, Ball Joints



**Axles And Driveline Parts**
Transfer Cases, Bearings, Hubs, shafts



**Electrical Parts And Comp...**
Ignition, Locks, Navigation



**Engine Parts**
Gaskets, Pistons, Block



**Headlamps And Lights Part...**
Bulbs, Fog, Tail lamps, Signal



**Starter And Components**
Starter, Solenoid



**Transmission Parts**
Driveshafts, Clutch kits

- Scion
- Toyota

- Scion Featured accessories
  - ✪ Popular Categories
  - ✚ Audio/Video
  - ✚ Exterior
  - ✚ Security
  - ✚ Interior
  - ✚ Wheels
  - ✚ TRD
  - ✚ Other Categories

--

**Carpet Trunk Mat Black**

2016 Scion FR-S                                         LIST PRICE: $59.69
DETAILS
--

**Center Armrest**

2016 Scion FR-S                                            LIST PRICE: $168.00
DETAILS

**Cargo Tray**

2016 Scion iM                                             LIST PRICE: $64.80
DETAILS

**Interior Light Kit**

2016 Scion iM                                             LIST PRICE: $110.40
DETAILS

**Mudguard Hardware Front And Rear**

2016 Scion iM                                             LIST PRICE: $63.60
DETAILS

**Alloy Wheel Graphite Gray**

2014 Scion iQ                                             LIST PRICE: $148.80
DETAILS

- Toyota Featured accessories
  - Popular Categories
  - Audio/Video
  - Exterior
  - Security
  - Interior
  - Hauling
  - Wheels
  - TRD
  - Other Categories

**Towing Hitch**

2007 Toyota Highlander

LIST PRICE: $258.00

DETAILS

—

**Mudguards Prius V**

2015 Toyota Prius

LIST PRICE: $78.00

DETAILS

—

**All Weather Floor Liners**

2017 Toyota Prius V

LIST PRICE: $102.00

DETAILS

**Trd Oil Filter**

2017 Toyota RAV4

LIST PRICE: $14.30

DETAILS

**All Weather Cargo Mat Black, 2 Pc.**

2014 Toyota Sequoia

LIST PRICE: $76.80

DETAILS

**Wireless Headphones**

2012 Toyota Sequoia

LIST PRICE: $0.88

DETAILS

## Shop By Brand

- Scion Parts
- Toyota Parts

## Popular Models



- Toyota Camry



- [Scion iM](#)



- [Scion FR-S](#)



- [Toyota 86](#)



- [Toyota 4Runner](#)



- [Toyota Corolla](#)



- [Toyota Highlander](#)



- [Toyota Tacoma]



- [Toyota Tundra]



- [Scion tC]



- [Toyota Prius]



- [Toyota RAV4]

- **Hours of Operation**

  - M-F: 7:30 AM - 6:00 PM
  - SA: 8:00 AM - 12:00 PM
  - SU: Closed

- **Customer Service**

  - [My Account]
  - [Contact Support]
  - [Store Policies]

- **Information**

  - [Order History]
  - [Returns]

- **Contact Us**

  Headquartered in Miami, Brickell Business District
  FL 33130, United States

  [(888) 770-7160]

parts@onlinetoyotaparts.com

Powered by   © 2018-2019



- Sitemap
-
-
-
-
-
-

Modal content

✖

**Select Your Vehicle**

Or    • VIN   Enter VIN No.

**Make**

| Scion | Toyota |

Close

✖

**Select Your Vehicle**

**Make**

| Scion | Toyota |

Close

✖

**Select Your Vehicle**

**Make**

| Scion | Toyota |

Close

✖

Loading...



# With huge savings & fast delivery, we basically sell SMILES!







## Popular Models

Toyota Sienna Parts

Toyota Tundra Parts

Toyota Corolla iM Parts

Toyota Venza Parts

Toyota RAV4 Parts

Toyota Highlander Parts

Toyota Land Cruiser Parts

Toyota 4Runner Parts

Toyota FJ Cruiser Parts

Toyota Tacoma Parts

Toyota Corolla Parts

Toyota Yaris iA Parts

Click to see all Toyota Parts and Accessory Cars and Trucks Catalogs

VIEW ALL MODELS

Leave a message









Security

Interior

Wheels

TRD

Other Categories

**Cargo Tray**
2016 Scion iM
LIST PRICE: $64.80

**Interior Light Kit**
2016 Scion tC
LIST PRICE: $110.40

**Mudguard Hardware Front And**
2016 Scion iM
LIST PRICE: $63.60

**Alloy Wheel Graphite Gray**
2014 Scion tC
LIST PRICE: $148.80

## HOURS OF OPERATION

M-F: 7:30 am to 6:00 pm

SA: 8:00 am - 12:00 pm

SU: CLOSED

## CUSTOMER SERVICE

My Account

Contact Support

Store Policies

## INFORMATION

Order History

Returns

## CONTACT US

Headquartered in Miami,
Brickell Business District
FL 33130, United States

(888) 770-7160

sales@toyotapartsestore.com

Powered by PARTSITES © 2018-2019

Sitemap

- Contact
- Store Policies
- ↪ Login

≡

Toyota Parts eStore
Save up to 50% off on OEM Parts & Accessories

- 📞
  Click to Call
- ⊘
  Viewed0
  - You Haven't Viewed Any Items
- 🚗
  Garage
- 🛒
  Cart0

x

- 🏠 Home
- 📞(888) 770-7160
- ⚙ Search For Accessories
- ⚙ Search For Parts
- ↪ Login / Register
- 🛒 Viewed Items (0)
- 🛒 View My Cart
- ⚠ Policies
- ✉ Contact Us

- Make ⌄
- Year ⌄
- Model ⌄

[Enter Keyword, VIN or Pi]

- Home
- Accessories
- Parts

# With huge savings & fast delivery, we basically sell SMILES!



- Select Vehicle
- Search Part Number or VIN
- Enter a QUOTE Number

Select Make ⌄
Select Model ⌄
Select Year ⌄
[Go]
OR
[Shop by Brand] [By Model]
[Search Keyword or Part]
OR
[Shop by Brand] [By Model]
[Quote No. Search]
OR
[Shop by Brand] [By Model]

## The Toyota Parts eStore Difference

Always THE BEST PRICE over Factory DEALERSHIPS...   Professional (ASE Certified) LIVE SUPPORT...   MILLIONS IN STOCK Equals SAME-DAY SHIPPING...

[Leave a message]

We are your Toyota Genuine part specialist sourced from an authorized Toyota Dealership. With millions in operations, inventory and staff invested, we pride ourselves on customer service and fast delivery. We buy in large volumes allowing us to pass amazing savings for all of your Toyota part and accessory needs.

We are here for you and will take your calls anytime between 7:30 am - 5 pm (eastern time) Monday through Friday. We will answer any questions you might have about proper fit and if you actually need a replacement part even if you don't buy a Toyota part from us. Give us your VIN and we will run it through our system to ensure the accuracy of your order completely free. Orders placed without **VIN** will be shipped as ordered but may have a restocking fee consequence.

## Shop By Category



A/C and Heating Parts
Air Conditioning, Climate Contr



Body, Glass And Molding P...
Fender, Bumpers, Emblems



Emission Control Parts
Oxygen Sensors, EGR



Exhaust Parts
Catalytics, Mufflers, Brackets



Maintenance And Lubricati...
Brake Fluids, Motor Oil



Steering Wheel And Column...
Housing, Steering Wheel, Switches



Alternator Parts And Comp...
Spark Plugs, Coils, Distributors



Brake Parts And Component...
Rotors, Drums, Calipers, Hoses



Engine Cooling Parts
Radiators, Fans, Therm



Fuel And Air Intake Parts
Air Filters, MAF Sensors



Power Steering Parts And ...
Racks, Pumps, Tie Rods



Suspension Parts
Control Arms, Ball Joints



Axles And Driveline Parts
Transfer Cases, Bearings, Hubs, shafts



Electrical Parts And Comp...
Ignition, Locks, Navigation



Leave a message

**Engine Parts**
Gaskets, Pistons, Block



**Headlamps And Lights Part...**
Bulbs, Fog, Tail lamps, Signal

**Starter And Components**
Starter, Solenoid

**Transmission Parts**
Driveshafts, Clutch kits

- Scion
- Toyota

- Scion Featured accessories
  - ✚ Popular Categories
    - ✚ Audio/Video
    - ✚ Exterior
    - ✚ Security
    - ✚ Interior
    - ✚ Wheels
    - ✚ TRD
    - ✚ Other Categories

--

**Carpet Trunk Mat Black**

2016 Scion FR-S                                    LIST PRICE: $59.69
DETAILS
--

**Center Armrest**

2016 Scion FR-S                                    LIST PRICE: $168.00
DETAILS
--

**Cargo Tray**

2016 Scion iM                                      LIST PRICE: $64.80
DETAILS
-

Leave a message

**Interior Light Kit**

2016 Scion iM                                      LIST PRICE: $110.40
DETAILS

**Mudguard Hardware Front And Rear**

2016 Scion iM                                      LIST PRICE: $63.60
DETAILS

**Alloy Wheel Graphite Gray**

2014 Scion iQ                                      LIST PRICE: $148.80
DETAILS

- Toyota Featured accessories
  - ✪ Popular Categories
  - ➕ Audio/Video
  - ➕ Exterior
  - ➕ Security
  - ➕ Interior
  - ➕ Hauling
  - ➕ Wheels
  - ➕ TRD
  - ➕ Other Categories

**Towing Hitch**

2007 Toyota Highlander                             LIST PRICE: $258.00
DETAILS

**Mudguards Prius V**

2015 Toyota Prius                                  LIST PRICE: $78.00
DETAILS

Leave a message

**All Weather Floor Liners**

2017 Toyota Prius V                                            LIST PRICE: $102.00

DETAILS

**Trd Oil Filter**

2017 Toyota RAV4                                              LIST PRICE: $14.30

DETAILS

**All Weather Cargo Mat Black, 2 Pc.**

2014 Toyota Sequoia                                          LIST PRICE: $76.80

DETAILS

**Wireless Headphones**

2012 Toyota Sequoia                                          LIST PRICE: $0.88

DETAILS

## Shop By Brand

- Scion Parts
- Toyota Parts

## Popular Models



- Toyota Venza Parts



- Toyota Corolla iM Parts

Leave a message



- [Toyota 4Runner Parts](#)



- [Toyota FJ Cruiser Parts](#)



- [Toyota Yaris iA Parts](#)



- [Toyota Tacoma Parts](#)



- [Toyota Corolla Parts](#)



- [Toyota Sienna Parts](#)

Leave a message



- [Toyota RAV4 Parts](#)



- [Toyota Prius Parts](#)





- [Toyota Tundra Parts](#)



- [Toyota Land Cruiser Parts](#)

Click to see all Toyota Parts and Accessory Cars and Trucks Catalogs

View all Models

- **Hours of Operation**
  - M-F: 7:30 am to 6:00 pm
  - SA: 8:00 am - 12:00 pm
  - SU: CLOSED

- **Customer Service**
  - [My Account](#)
  - [Contact Support](#)
  - [Store Policies](#)

- **Information**
  - [Order History](#)
  - [Returns](#)

- **Contact Us**

  Headquartered in Miami, Brickell Business District
  FL 33130, United States

  [(888) 770-7160](#)

  [sales@toyotapartsestore.com](#)

Powered by _____ © 2018-2019

- [Sitemap](#)

Leave a message



- 
-

Modal content

✖

**Select Your Vehicle**

Or   • VIN   | Enter VIN No. |

- Make
- Year
- Model
- Trim
- Engine
- Trans

Close

✖

**Select Your Vehicle**

- Make
- Year
- Model
- Trim
- Engine
- Trans

Close

✖

**Select Your Vehicle**

- Make
- Year
- Model
- Trim
- Engine
- Trans

Close

✖

Loading...

Leave a message





## Original Toyota Parts at Affordable Everyday Prices

Welcome to 1stToyotaParts.com, where you can buy quality Toyota parts at affordable everyday prices. With our incredibly low online prices on Toyota OEM parts, your days of standing in line at the local parts dealer are over. We carry an extensive selection of replacement parts for every available Toyota vehicle and we proudly sell them at discounted prices. If your Toyota requires replacement parts for maintenance or repairs, make the right decision for both your car and wallet by shopping online with us.

Here at 1stToyotaParts.com, order accuracy is of utmost importance. In order for us to be 100% sure that we're sending the right replacement parts for your auto, please provide us with your VIN upon checking out. We strongly believe that equipping your vehicle with OEM parts is the best way to preserve your autos reliability and performance. Take advantage of our everyday low prices and place your Toyota parts order online with us. Need help locating a certain part or have questions on the parts you're searching for? Contact us and we will be more than happy to assist you.

Thank you for choosing 1stToyotaParts.com.

## Popular Models





## Popular Models

Toyota RAV4   Toyota Sienna   Toyota Camry   Toyota Yaris

Toyota Prius   Toyota 4Runner   Toyota Tacoma   Toyota Tundra

Toyota Land Cruiser   Toyota Avalon   Toyota Corolla

## Shop By Category





- Contact
- Store Policies
- Login

≡
1stToyotaParts.com

- ☎
  Click to Call
- ⊘
  Viewed0
  ○ You Haven't Viewed Any Items

- 🚗
  Garage
  ○
- 🛒
  Cart0

x

- 🏠 Home
- ☎ (888) 770-7160
- 🔍 Search For Accessories
- ⚙ Search For Parts
- ⤷ Login / Register
- ⊘ Viewed Items (0)
- 🛒 View My Cart
- ⚠ Policies
- ✉ Contact Us

▭

- Make ⌄
- Year ⌄
- Model ⌄

Enter Keyword, VIN or P.

- Home
- Accessories
- Parts
1.
2.
3.

**GENUINE TOYOTA PARTS**
**IN STOCK & READY TO SHIP**
**LOWEST PRICES ON THE WEB**



- Select Vehicle
- Search Part Number or VIN
- Enter a QUOTE Number

Select Make ⌄
Select Model ⌄
Select Year ⌄
Go
OR
Shop by Brand | By Model
Search Keyword or Part
OR
Shop by Brand | By Model
Quote No. Search
OR

Shop by Brand    By Model

# Original Toyota Parts at Affordable Everyday Prices

Welcome to 1stToyotaParts.com, where you can buy quality Toyota parts at affordable everyday prices. With our incredibly low online prices on Toyota OEM parts, your days of standing in line at the local parts dealer are over. We carry an extensive selection of replacement parts for every available Toyota vehicle and we proudly sell them at discounted prices. If your Toyota requires replacement parts for maintenance or repairs, make the right decision for both your car and wallet by shopping online with us.

Here at 1stToyotaParts.com, order accuracy is of utmost importance. In order for us to be 100% sure that we're sending the right replacement parts for your auto, please provide us with your VIN upon checking out. We strongly believe that equipping your vehicle with OEM parts is the best way to preserve your autos reliability and performance. Take advantage of our everyday low prices and place your Toyota parts order online with us. Need help locating a certain part or have questions on the parts you're searching for? Contact us and we will be more than happy to assist you.

Thank you for choosing 1stToyotaParts.com.

## Shop By Category



A/C and Heating Parts
Air Conditioning, Climate Contr



Body, Glass And Molding P...
Fender, Bumpers, Emblems



Emission Control Parts
Oxygen Sensors, EGR



Exhaust Parts
Catalytics, Mufflers, Brackets



Maintenance And Lubricati...
Brake Fluids, Motor Oil



Steering Wheel And Column...
Housing, Steering Wheel, Switches



Alternator Parts And Comp...
Spark Plugs, Coils, Distributors



Brake Parts And Component...
Rotors, Drums, Calipers, Hoses



Engine Cooling Parts
Radiators, Fans, Therm



Fuel And Air Intake Parts
Air Filters, MAF Sensors



Power Steering Parts And ...
Racks, Pumps, Tie Rods



**Suspension Parts**
Control Arms, Ball Joints



**Axles And Driveline Parts**
Transfer Cases, Bearings, Hubs, shafts



**Electrical Parts And Comp...**
Ignition, Locks, Navigation



**Engine Parts**
Gaskets, Pistons, Block



**Headlamps And Lights Part...**
Bulbs, Fog, Tail lamps, Signal



**Starter And Components**
Starter, Solenoid



**Transmission Parts**
Driveshafts, Clutch kits

## Popular Models



- [Toyota Tacoma](#)

- [Toyota Land Cruiser](#)

- 
  [Toyota RAV4](#)

- 
  [Toyota Sienna](#)

- 
  [Toyota Corolla](#)

- 
  [Toyota Avalon](#)

- 
  [Toyota Tundra](#)



- [Toyota Prius](#)



- [Toyota 4Runner](#)



- [Toyota Camry](#)



- [Toyota Yaris](#)

- **Hours of Operation**

  - M-F: 7:30 AM - 6:00 PM
  - SA: 8:00 AM - 12:00 PM
  - SU: CLOSED

- **Customer Service**

  - [My Account](#)
  - [Contact Support](#)
  - [Store Policies](#)

- **Information**

  - [Order History](#)
  - [Returns](#)

Powered by ~~~~~~ © 2018-2019



- 
-
-

Modal content

[×]

**Select Your Vehicle**

Or

- VIN    Enter VIN No.



[ Close ]

[×]

**Select Your Vehicle**



[ Close ]

[×]

**Select Your Vehicle**



[ Close ]

[×]

Loading...



888-770-7160    |    contact parts dept.    |    Store policies    |    Login

## Quality OEM Toyota Parts & Accessories

Let's be honest, when you think of vehicles that stand the test of time, Toyota is at the top of that list. Over the years Toyota has gained a reputation for building some of the most dependable vehicles around, and in 2011, Toyota was ranked as the third largest car manufacturer in the world. In fact, the Toyota Camry is the best-selling car in America, 17 of the last 19 years. The Camry was the 2016 IIHS Top Safety Pick and received a 5-star overall safety rating from NHTSA, among many other awards and accolades. Think about it, eighty percent of the Toyota vehicles sold 20 years ago are still on the road today. Now that's what you call longevity. Whether you are searching for OEM replacement parts for your new Toyota Corolla or those hard to find parts for your treasured Toyota Supra, we 've got you covered. With thousands of quality OEM Toyota parts and accessories at heavily discounted prices, we are Toyota drivers one stop shop for OEM Toyota















Toyota Celica

Toyota Corolla

Toyota Echo

Toyota Highlander

Toyota Prius

Toyota Prius C

Toyota RAV4

Toyota Sequoia

Toyota Supra

Toyota Tacoma

Toyota Tundra

Toyota Yaris

## Quality OEM Toyota Parts & Accessories

Let's be honest, when you think of vehicles that stand the test of time, Toyota is at the top of that list. Over the years Toyota has gained a reputation for building some of the most dependable vehicles around, and in 2011, Toyota was ranked as the third largest car manufacturer in the world. In fact, the Toyota Camry is the best-selling car in America, 17 of the last 19 years. The Camry was the 2016 IIHS Top Safety Pick and received a 5-star overall safety rating from NHTSA, among many other awards and accolades. Think about it, eighty percent of the Toyota vehicles sold 20 years ago are still on the road today. Now that's what you call longevity. Whether you are searching for OEM replacement parts for your new Toyota Corolla or those hard to find parts for your treasured Toyota Supra, we 've got you covered. With thousands of quality OEM Toyota parts and accessories at heavily discounted prices, we are Toyota drivers one-stop shop for OEM Toyota components.

At Toyota.PartsWebsite.com, you can easily find the OEM replacement parts needed by your Toyota at close to wholesale prices. Remembering to switch out old parts on your Toyota with new OEM replacement parts is very important for the life of your vehicle. We have the utmost confidence that every part and accessory built for your Toyota model can easily be found in our online catalog, at incredibly affordable prices. When you shop with us, you never have to worry about your personal information not being processed securely because our shopping cart is guarded and uses fully encrypted Secure Sockets Layers (SSL) protection. Take advantage of our amazing discounts and place your order online, today. We look forward to making you loyal customer and supplying your Toyota with the best OEM parts and accessories available.

### ☰ QUOTE SEARCH

Quote No. Search    Search

HOURS OF OPERATION

CONTACT US

Headquartered in Miami,

8





888- | contact parts dept.     |Store policies     |Login
770- (https://toyota.partswebsite.com/contact- (https://toyota.partswebsite.com/policies/) (https://toyota.partswebsite.com/account
7160 us/)

**TOYOTA**PARTS

Official genuine parts outlet store ()

| Make | Year | Model | Enter Keyword, VIN or P: | 🔍 |

CART - 0

(/scart.php)

### ⊙ SHOP BY BRAND

Toyota Parts ⊙

### ☰ POPULAR MODELS

Toyota 4Runner ⊙

Toyota Avalon ⊙

Toyota Camry ⊙

Toyota Celica ⊙

Toyota Corolla ⊙

Toyota Echo ⊙

Toyota Highlander ⊙

Toyota Prius ⊙

Toyota Prius C ⊙

Toyota RAV4 ⊙

Toyota Sequoia ⊙

Toyota Supra ⊙

Toyota Tacoma ⊙

Toyota Tundra ⊙

Toyota Yaris ⊙



## Quality OEM Toyota Parts & Accessories

Let's be honest, when you think of vehicles that stand the test of time, Toyota is at the top of that list. Over the years Toyota has gained a reputation for building some of the most dependable vehicles around, and in 2011, Toyota was ranked as the third largest car manufacturer in the world. In fact, the Toyota Camry is the best-selling car in America, 17 of the last 19 years. The Camry was the 2016 IIHS Top Safety Pick and received a 5-star overall safety rating from NHTSA, among many other awards and accolades. Think about it, eighty percent of the Toyota vehicles sold 20 years ago are still on the road today. Now that's what you call longevity. Whether you are searching for OEM replacement parts for your new Toyota Corolla or those hard to find parts for your treasured Toyota Supra, we 've got you covered. With thousands of quality OEM Toyota parts and accessories at heavily discounted prices, we are Toyota drivers one-stop shop for OEM Toyota components.

At Toyota.PartsWebsite.com, you can easily find the OEM replacement parts needed by your Toyota at close to wholesale prices. Remembering to switch out old parts on your Toyota with new OEM replacement parts is very important for the life of your vehicle. We have the utmost confidence that every part and accessory built for your Toyota model can easily be found in our online catalog, at incredibly affordable prices. When you shop at with us, you never have to worry about your personal information not being processed securely because our shopping cart is guarded and uses fully encrypted Secure Sockets Layers (SSL) protection. Take advantage of our amazing discounts and place your order online, today. We look forward to making you loyal customer and supplying your Toyota with the best OEM parts and accessories available.

### ☰ QUOTE SEARCH

Quote No. Search

Search

HOURS OF OPERATION

Monday-     7:30 AM - 6:00

Friday:     PM

CONTACT US

Headquartered in Miami, Brickell Business District, FL 33130
United States

888-770-7160

| | |
|---|---|
| Saturday: | 8:00 AM - 12:00 PM |
| Sunday: | Closed |

**Sales and Support:  888-770-7160**

### SHOP

Parts Catalog
(https://toyota.partswebsite.com/parts/)

Accessories Catalog
(https://toyota.partswebsite.com/accessories/)

### MY ACCOUNT

My Account
(https://toyota.partswebsite.com/account.php)

Customer Service
(https://toyota.partswebsite.com/contact-us/)

### OUR SERVICES

Order History
(https://toyota.partswebsite.com/account.php)

Returns
(https://toyota.partswebsite.com/policy/return_policy.html)

### HELP & SUPPORT

Policies (/policies/)

Contact Support (/contact-us/)

Powered by ░░░░░░ © 2017

0

| Make | Year | Model | Enter Keyword, VIN or Part number | 🔍 |
|---|---|---|---|---|



- Contact
- Store Policies
- Login

Toyota-Parts-Dealer.com
Genuine OEM Toyota Parts & Accessories

- Click to Call
- Viewed0
  - You Haven't Viewed Any Items
- Garage
  - °
- Cart0

x

- 🏠 Home
- 📞(888) 770-7160
- 🔧 Search For Accessories
- ⚙ Search For Parts
- 🔑 Login / Register
- ⊘ Viewed Items (0)
- 🛒 View My Cart
- ⚠ Policies
- ✉ Contact Us

- Make ⌄
- Year ⌄
- Model ⌄

Enter Keyword, VIN or Part r

- Home
- Accessories
- Parts
1.
2.
3.



- Select Vehicle
- Search Part Number or VIN
- Enter a QUOTE Number

Select Make ⌄



Select Model ⌄
Select Year ⌄
Go
OR
Shop by Brand | By Model
Search Keyword or Part Num ⌷
OR
Shop by Brand | By Model
Quote No. Search
OR
Shop by Brand | By Model

## Welcome to Toyota Parts Dealer

Welcome to Toyota Parts Dealer where we have an overstock of millions of genuine OEM Toyota replacement parts ready to be shipped. Toyota vehicles are some of the most popular autos in the world, chances are you or someone you know drives a Toyota. Not only are Toyota vehicle reliable but they are affordable, so don't let a repair hurt your wallet. At Toyota Parts Dealer we strive to provide you with the lowest cost and fastest service. We will ship out your factory replacement Toyota parts directly from the warehouse to your household or mechanic.  Need a rare or harder to find replacement part? Contact us! We are an authorized parts distributor and we will contact Toyota parts center across the world to make sure we get the part you need! Order today!

## Shop By Category



A/C and Heating Parts
Air Conditioning, Climate Contr



Body, Glass And Molding P...
Fender, Bumpers, Emblems



Emission Control Parts
Oxygen Sensors, EGR



Exhaust Parts
Catalytics, Mufflers, Brackets



Maintenance And Lubricati...
Brake Fluids, Motor Oil



Steering Wheel And Column...
Housing, Steering Wheel, Switches



Alternator Parts And Comp...
Spark Plugs, Coils, Distributors



Brake Parts And Component...
Rotors, Drums, Calipers, Hoses



Engine Cooling Parts
Radiators, Fans, Therm



Fuel And Air Intake Parts
Air Filters, MAF Sensors



Power Steering Parts And ...
Racks, Pumps, Tie Rods



Suspension Parts
Control Arms, Ball Joints



Axles And Driveline Parts
Transfer Cases, Bearings, Hubs, shafts




**Electrical Parts And Comp...**
Ignition, Locks, Navigation



**Engine Parts**
Gaskets, Pistons, Block



**Headlamps And Lights Part...**
Bulbs, Fog, Tail lamps, Signal



**Starter And Components**
Starter, Solenoid



**Transmission Parts**
Driveshafts, Clutch kits

- [Scion](#)
- [Toyota](#)

- [Scion Featured accessories](#)
  - ⊕ Popular Categories
  - ✚ Audio/Video
  - ✚ Exterior
  - ✚ Security
  - ✚ Interior
  - ✚ Wheels
  - ✚ TRD
  - ✚ Other Categories



**Carpet Trunk Mat Black**

2016 Scion FR-S      LIST PRICE: $61.10
DETAILS



**Center Armrest**

2016 Scion FR-S      LIST PRICE: $182.00
DETAILS



**Cargo Tray**

[2016 Scion iM](#)          [LIST PRICE: $70.20](#)

DETAILS



**[Interior Light Kit](#)**

[2016 Scion iM](#)          [LIST PRICE: $119.60](#)

DETAILS



**[Mudguard Hardware Front And Rear](#)**

[2016 Scion iM](#)          [LIST PRICE: $68.90](#)

DETAILS



**[Alloy Wheel Graphite Gray](#)**

[2014 Scion iQ](#)          [LIST PRICE: $161.20](#)

DETAILS

- [Toyota Featured accessories](#)
  - Popular Categories
  - Audio/Video
  - Exterior
  - Security
  - Interior
  - Hauling
  - Wheels
  - TRD
  - Other Categories

**[Towing Hitch](#)**

[2007 Toyota Highlander](#)          [LIST PRICE: $279.50](#)

DETAILS

**[Mudguards Prius V](#)**

[2015 Toyota Prius](#)          [LIST PRICE: $84.50](#)

DETAILS

**All Weather Floor Liners**

2017 Toyota Prius V

DETAILS

LIST PRICE: $110.50

**TRD Oil Filter**

2017 Toyota RAV4

DETAILS

LIST PRICE: $14.30

**All Weather Cargo Mat Black, 2 Pc.**

2014 Toyota Sequoia

DETAILS

LIST PRICE: $83.20

**Wireless Headphones**

2012 Toyota Sequoia

DETAILS

LIST PRICE: $0.79

# Shop By Brand

- Scion Parts
- Toyota Parts

# Popular Models



- Toyota Yaris



- Toyota 86



- [Toyota Tundra](#)



- [Toyota RAV4](#)



- [Toyota Prius](#)



- [Scion iM](#)



- [Toyota Sequoia](#)



- [Toyota Camry](#)



- [Toyota Tacoma](#)



- [Scion FR-S](#)



- [Toyota 4Runner](#)



- [Toyota Corolla](#)

- **Hours of Operation**

  - M-F: 7:30 AM - 6:00 PM
  - SA: 8:00 AM - 12:00 PM
  - SU: Closed

- **Customer Service**

  - [My Account](#)
  - [Contact Support](#)
  - [Store Policies](#)

- **Information**

  - [Order History](#)
  - [Returns](#)

- **Contact Us**

  Headquartered in Miami, Brickell Business District
  FL 33130, United States

  [(888) 770-7160](#)

  [contact@Toyota-Parts-Dealer.com](#)

Powered by      © 2018-2019







Modal content

✖

**Select Your Vehicle**

Or    Enter VIN No.

- VIN



Close

✖

**Select Your Vehicle**

Make

Scion | Toyota

Close

✖

**Select Your Vehicle**

Make

Scion | Toyota

Close

✖

Loading...

NOTICE: This domain name expired on 12/7/2018 and is pending renewal or deletion.



**Welcome to**

This Web page is parked FREE, courtesy of GoDaddy

Get This Domain

Find similar domains



## Our award-winning, 24/7 support always has your back.

Call us at (480) 505–8877

Copyright © 1999–2018 GoDaddy, LLC. All Rights Reserved.

*Restrictions apply. See website for details.



# Just a little maintenance..

Don't worry if you placed an order it is still being processed normally. We appreciate your
patience.  Check back at a later time.



# Just a little maintenance..

Don't worry if you placed an order it is still being processed normally. We appreciate your patience.  Check back at a later time.





**Global Blocklist**

Your requested URL has placed into a global blocklist due to previously determined malicious activities.

**URL:** http://www.eppartsexpress.com/
**URL Categories:** Parked Domain
**User name:** CPORTERF
**Client IP:** 10.202.10.26
**Proxy:** DALSWG02
**Rule Name:** Block Baker Botts Categories

---

US customers contact the US Service Desk. Extension #01.1111 or 888.712.7747 (toll free)
International customers contact the London Helpdesk. Extension #07.3600 or +44.207.726.3600

*generated 2018-12-14 17:28:56 by DALSWG02*
*Mozilla/5.0 (Windows NT 10.0; WOW64; Trident/7.0; rv:11.0) like Gecko*

Case 4:18-cv-00908-ALM-KPJ   Document 1-3   Filed 12/28/18   Page 84 of 87 PageID #:  253

 The webpage cannot be found

HTTP 404

Most likely causes:
- There might be a typing error in the address.
- If you clicked on a link, it may be out of date.

What you can try:

Retype the address.

Go back to the previous page.

Go to  and look for the information you want.

More information





