# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Case No: 4:18-cv-00908

TOYOTA JIDOSHA KABUSHIKI
KAISHA, also doing business as TOYOTA
MOTOR CORPORATION, and TOYOTA
MOTOR SALES, U.S.A., INC.,

Plaintiffs,

v.

PARTSITES, LLC and SCOTT ANDERSON,

Defendants.

_____/

**DECLARATION OF SCOTT ANDERSON IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

SCOTT ANDERSON (the "Declarant"), deposes and states the following under oath:

1. I am one of the named defendants in the above-captioned civil action.

2. I make this declaration based upon personal knowledge, and in support of Defendants Motion to Dismiss the Complaint filed in this lawsuit (the "Motion to Dismiss.") More specifically, this declaration is made in support of the arguments set forth in the Motion to Dismiss that address the Defendants' arguments under Fed. R. Civ. P. Rule 12(b)(2) regarding lack of personal jurisdiction over the Defendants.

3. I have never lived in the State of Texas.

4. The only time I have purposefully visited the State of Texas was for a single day in 2012.

- 2 -

    5.    Other than that single day, the only other times I have been present in the State of Texas have been solely when changing airplanes to connect to flights to other states.

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
SCOTT ANDERSON
DATED:  FEBRUARY 7, 2019