UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TOYOTA JIDOSHA KABUSHIKI KAISHA, also doing business as TOYOTA MOTOR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No.: 4:18-cv-00908 |
| PARTSITES, LLC and SCOTT ANDERSON., | § § § | JURY DEMAND |
| Defendants. | § § | |

**ORDER GRANTING DEFENDANTS' MOTION TO DIMISS**

On this day, the Court considered Defendants Motion to Dismiss.  The Court, having review the motion and all pleadings related thereto, and otherwise being fully advised, finds that the Motion to Dismiss is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Defendants Motion to Dismiss is hereby GRANTED.