UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TOYOTA JIDOSHA KABUSHIKI KAISHA, also doing business as TOYOTA MOTOR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC., § § § § § | | |
| Plaintiffs, § | | |
| v. § | Case No.: 4:18-cv-00908 | |
| PARTSITES, LLC and SCOTT ANDERSON., § § § § | JURY DEMAND | |
| Defendants. § | | |

**DEFENDANT PARTSITES, LLC'S
CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Partsites, LLC, provides the following information:

Partsites, LLC, is wholly owned by SmartDealer Technologies, Inc., a privately held Florida corporation.

Dated: February 7, 2019

Respectfully submitted,

By: */s/Vincent J. Allen*
Vincent J. Allen
State Bar No. 24012209
Allen@cclaw.com
James A. Reed
State Bar No. 24102398
Jareed@cclaw.com
**Carstens & Cahoon, LLP**
P.O. Box 802334
Dallas, TX 75380
972-367-2001 (Telephone)
972-367-2002 (Facsimile)

>Daniel J. Barsky, Esq.
>Florida Bar Number 0025713
>*Pro Hac Vice* Forthcoming
>dbarsky@shutts.com
>**Shutts & Bowen LLP**
>200 S. Biscayne Boulevard
>Suite 4100
>Miami, Florida 33131
>p: 561.650.8518
>f: 561.822.5527
>
>**ATTORNEYS FOR DEFENDANTS PARTSITES, LLC and SCOTT ANDERSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel for Plaintiffs was served with a copy of this document via the Court's CM/ECF system on February 7, 2019.

>_/s/ Vincent J. Allen_
>Vincent J. Allen