# **EXHIBIT 13**

Our Dealers Transacted

# $65 MILLION

Using Our Solution - Every Year!

## Just Sayin'



Announcing our all new 3.0 eStore ENVY

**World's First "Responsive" Design**
> One solution - All devices

**Awesome SEO with PAGETECH**
> Highest ranked sites on net
> Highest Quality Scores = Low PPC bids

**Instantly Pump Up Revenue 15%**
> Average increase of 15% in dept. revenues
> Single point online eStores sales in the millions

**Ultimate Security with PCI 3.0**
> Latest tokenization gateway technology
> Lowest merchant rates at 1.6%

**True Wholesale Features**
> PARTS|NOW bodyshop EMS widget
> Seamless DMS integration with order push

**PARTSITES** reigns as the highest ranked and highest converting parts and accessory solution on the net. We've conquered the "critical flaws" that most ecommerce providers have overlooked dealing with: search engines, large OEM parts databases, and shopping experience! Our proprietary **PAGETECH** generator creates unique catalog content, making millions of pages in our system rank for the key search terms that drive sales. In short, our sites are engineered to deliver results. We have extensive knowledge of auto parts ecommerce spanning nearly two decades. That puts us in a powerful and unique position to produce the most cost-effective, highest ranked, highest sales-generating sites on the net.

Subscribing to **PARTSITES** is fast, easy, and fun. With no contracts, unlimited support and training from our dedicated client advocates, you are not left to "figure it out on your own." We are there for you and we know how to ramp up your parts and accessory online business to the volume you desire. In many cases, we've helped dealers become multi-million dollar operations on the net. In several case studies, **PARTSITES** has generated more revenue than the dealer's local wholesale accounts and internal service parts orders combined! Call us at **800.915.3353** or visit us at **partsites.com** to start your online parts venture today and establish your presence in the online parts and accessory business.

### We're Passionate About the Online Parts Business!



GET ONLINE TODAY... CALL
800.915.3353

Come see us on Jan 23-25 at **NADA**
**BOOTH # 6158W**