IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TOYOTA JIDOSHA KABUSHIKI KAISHA, d/b/a TOYOTA MOTOR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC., | § § § § | |
| Plaintiffs, | § § | Case No. 4:18-CV-908 |
| v. | § § | Judge Johnson |
| PARTSITES, LLC, and SCOTT ANDERSON, | § § § | |
| Defendants. | § § | |

# ORDER

Pending before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") (Dkt. 50). On September 10, 2019, the Court held a telephone hearing to discuss the settlement. Upon consideration and discussion with the parties, the Motion is **GRANTED IN PART and DENIED IN PART** as follows:

All pending deadlines identified in the Second Amended Scheduling Order (Dkt. 49) are **ABATED**. Defendants' Motion to Dismiss (Dkt. 12) and Plaintiffs' Motion to Compel Defendants' Responses to Certain Interrogatories & Requests for Production of Documents (Dkt. 43) are **DENIED WITHOUT PREJUDICE**.

The parties shall submit to the Court either (1) a joint status report identifying the status of the case and a proposal for a new scheduling order, or (2) all papers necessary for the resolution of the claims between them **no later than October 31, 2019**.

If such report or papers are not received by the Court by the scheduled deadline, and if the parties have not requested an extension of the deadline, the Court may order the parties to appear at a hearing for the purpose of determining which party is responsible for the delay.

**IT IS SO ORDERED**.

**SIGNED this 11th day of September, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE