
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TOYOTA JIDOSHA KABUSHIKI KAISHA, also doing business as TOYOTA MOTOR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 4:18-cv-00908 |
| PARTSITES, LLC, and SCOTT ANDERSON, | § § § | JURY DEMANDED |
| Defendants/Third-Party Plaintiffs, | § § | |
| v. | § § § | |
| JOSEPH AIRPORT TOYOTA, and SUBURBAN TOYOTA, | § § § | |
| Third-Party Defendants. | § | |

## JOINT STATUS REPORT

In accordance with the Court's Order on September 11, 2019 (Dkt. 57), Plaintiffs, Toyota Jidosha Kabushiki Kaisha, also doing business as Toyota Motor Corporation, and Toyota Motor Sales, U.S.A., Inc. (collectively "Toyota" or Plaintiffs"), and Defendants, Partsites, LLC and Scott Anderson (collectively "Defendants"), hereby submit this Joint Status Report and respectfully state as follows:

The Court's Order (Dkt. 57) requires the parties to submit to the Court by October 31, 2019, either a joint status report identifying the status of the case and a proposal for a new scheduling order, or all papers necessary for the resolution of the claims between the parties. While the parties have executed a Settlement Agreement, effective August 27, 2019, before this lawsuit may be dismissed, certain actions must occur as agreed to between the parties. While Plaintiffs

and Defendants are diligently working to satisfy the requirements of the Settlement Agreement, at this time, Plaintiffs are not in a position to dismiss the lawsuit against Defendants.

That said, the parties anticipate that compliance can be satisfied within the next fifteen (15) days and request a short fifteen (15) day extension of the above-referenced deadline. The parties' request is not made for the purposes of delay or in bad faith.

Dated:  October 31, 2019

                                                  Respectfully submitted,

                                                      */s/  Clyde M. Siebman*
Paul J. Reilly, LEAD COUNSEL
TX State Bar No. 24091605
paul.reilly@bakerbotts.com
Elizabeth K. Rucki
TX State Bar No. 24060651
elizabeth.rucki@bakerbotts.com
Tyler M. Beas
TX State Bar No. 24078214
tyler.beas@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone:  214.953.6500
Facsimile:   214.661.4899

Clyde M. Siebman
TX State Bar No. 18341600
clydesiebman@siebman.com
Elizabeth S. Forrest
TX State Bar No. 24086207
elizabethforrest@siebman.com
SIEBMAN FORREST BURG
& SMITH, LLP
Federal Courthouse Square
300 N. Travis St.
Sherman, TX 75090
Telephone:  903.870.0070
Facsimile:   903.870.0066

**ATTORNEYS FOR PLAINTIFFS**

          3

**TOYOTA JIDOSHA KABUSHIKI KAISHA, also doing business as TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, U.S.A., INC.**

4

                */s/  Daniel J. Barsky*
                Daniel J. Barsky
                FL State Bar No. 0025713
                Admitted *Pro Hac Vice*
                dbarsky@shutts.com
                Harris J. Koroglu
                FL State Bar No. 0032597
                Admitted *Pro Hac Vice*
                hkoroglu@shutts.com
                SHUTTS & BOWEN L.L.P.
                200 S. Biscayne Boulevard, Suite 4100
                Miami, Florida 33131
                Telephone:  561.650.8518
                Facsimile:   561.822.5527

                Vincent Jerome Allen
                TX State Bar No. 45514
                allen@cclaw.com
                CARSTENS & CAHOON LLP
                13760 Noel Road, Suite 900
                Dallas, Texas 75240
                Telephone:  972.367.2001
                Facsimile:   972.367.2002

**ATTORNEYS FOR DEFENDANTS PARTSITES, LLC and SCOTT ANDERSON**