AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __of Texas, Eastern District, Sherman Division__ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:18-cv-00908 | DATE FILED<br>12/28/2018 | U.S. DISTRICT COURT<br>of Texas, Eastern District, Sherman Division |
|---|---|---|
| PLAINTIFF<br>TOYOTA JIDOSHA KABUSHIKI KAISHA d/b/a TOYOTA MOTOR COMPANY, and TOYOTA MOTOR SALES, U.S.A., INC. | | DEFENDANT<br>PARTSITES, LLC, and SCOTT ANDERSON |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 0843138 | 1/30/1968 | Toyota Jidosha Kabushiki Kaisha |
| 2 | 2848004 | 6/1/2004 | Toyota Jidosha Kabushiki Kaisha |
| 3 | 1338339 | 5/28/1985 | Toyota Jidosha Kabushiki Kaisha |
| 4 | 1589552 | 4/3/1990 | Toyota Jidosha Kabushiki Kaisha |
| 5 | 1797716 | 10/12/1993 | Toyota Jidosha Kabushiki Kaisha |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| ORDER OF DISMISSAL. It is hereby ORDERED, ADJUDGED, AND DECREED that this entire action, and all of the claims asserted therein, be DISMISSED WITH PREJUDICE. |

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>11/18/19 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**  **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**  **Copy 4—Case file copy**

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____of Texas, Eastern District, Sherman Division_____ on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:18-cv-00908 | DATE FILED<br>12/28/2018 | U.S. DISTRICT COURT<br>of Texas, Eastern District, Sherman Division |
|---|---|---|
| PLAINTIFF<br>TOYOTA JIDOSHA KABUSHIKI KAISHA d/b/a TOYOTA MOTOR COMPANY, and TOYOTA MOTOR SALES, U.S.A., INC. | | DEFENDANT<br>PARTSITES, LLC, and SCOTT ANDERSON |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1698252 | 6/30/1992 | Toyota Jidosha Kabushiki Kaisha |
| 2 | 1721365 | 10/6/1992 | Toyota Jidosha Kabushiki Kaisha |
| 3 | 1895321 | 5/23/1995 | Toyota Jidosha Kabushiki Kaisha |
| 4 | 1888870 | 4/11/1995 | Toyota Jidosha Kabushiki Kaisha |
| 5 | 2115623 | 11/25/1997 | Toyota Jidosha Kabushiki Kaisha |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| ORDER OF DISMISSAL. It is hereby ORDERED, ADJUDGED, AND DECREED that this entire action, and all of the claims asserted therein, be DISMISSED WITH PREJUDICE. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____of Texas, Eastern District, Sherman Division_____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:18-cv-00908 | DATE FILED<br>12/28/2018 | U.S. DISTRICT COURT<br>of Texas, Eastern District, Sherman Division |
|---|---|---|
| PLAINTIFF<br>TOYOTA JIDOSHA KABUSHIKI KAISHA d/b/a TOYOTA MOTOR COMPANY, and TOYOTA MOTOR SALES, U.S.A., INC. | | DEFENDANT<br>PARTSITES, LLC, and SCOTT ANDERSON |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2567014 | 5/7/2002 | Toyota Jidosha Kabushiki Kaisha |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| ORDER OF DISMISSAL. It is hereby ORDERED, ADJUDGED, AND DECREED that this entire action, and all of the claims asserted therein, be DISMISSED WITH PREJUDICE. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**